UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CITIMORTGAGE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:10CV1497 HEA |
| | ) | |
| MORTGAGE CAPITAL ASSOCIATES, INC., | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The Court having been advised by counsel that this action has been settled,

**IT IS HEREBY ORDERED** the February 21, 2012 trial setting is vacated and all pending motions are denied without prejudice.

**IT IS FURTHER ORDERED** counsel shall file within thirty (30) days of the date of this Order a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment. Failure to timely comply with this order shall result in the dismissal of this action with prejudice.

Dated this 29th day of July, 2011.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE